IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS EVERETT WILLIAMS,** | CIV-S-04-2428 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M. KNOWLES, et al.,** | |
| Respondents. | |

Respondents have requested a thirty (30) day extension of time in which to file a reply to opposition to motion to dismiss. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including May 29, 2005, in which to file a reply to opposition to motion to dismiss.

DATED: April 28, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will2428.eot