IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS EVERETT WILLIAMS,

      Petitioner,

  v.

MARK SHEPERD, ET AL.,

      Respondents.

No. CIV S-04-2428 MCE DAD P

<u>ORDER</u>

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On August 1, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days.

1

1  On August 22, 2005, petitioner was granted until September 12,
2  2005 to file objections.  Petitioner has filed objections to the
3  findings and recommendations.
4      In accordance with the provisions of 28 U.S.C.
5  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
6  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
7  entire
8  file, the court finds the findings and recommendations to be
9  supported by the record and by proper analysis.
10      Accordingly, IT IS HEREBY ORDERED that:
11     1.  The findings and recommendations filed August 1, 2005,
12  are adopted in full;
13     2.  Respondents' January 14, 2005 motion to dismiss is
14  granted; and
15     3.  This action is dismissed as untimely.
16  DATED: September 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2