IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS EVERETT WILLIAMS,                  No. CIV-S-04-2428 MCE/DAD P

    Petitioner,

  v.                                      <u>ORDER</u>

MARK SHEPERD, ET AL.,

    Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 28, 2005 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

1

1  The certificate of appealability must "indicate which specific
2  issue or issues satisfy" the requirement.  28 U.S.C.
3  § 2253(c)(3).
4      A certificate of appealability should be granted for any
5  issue that petitioner can demonstrate is "'debatable among
6  jurists of reason,'" could be resolved differently by a different
7  court, or is "'adequate to deserve encouragement to proceed
8  further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir.
9  2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]
10     Petitioner has made a substantial showing of the denial of a
11 constitutional right in the following issue(s) presented in the
12 instant petition:  whether the statute of limitations should be
13 tolled because of delays caused by his trial attorney, prison
14 job, limited access to the law library, and prison lock-downs,
15 the failure of his attorneys to inform him about the statute of
16 limitations, and his difficulty in obtaining legal assistance.
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2

1    Accordingly, IT IS HEREBY ORDERED that a certificate of
2 appealability is issued in the present action.
3 DATED: November 8, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3