IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS EVERETT WILLIAMS,

    Petitioner,                    No. CIV S-04-2428 MCE DAD P

    vs.

MARK SHEPERD, et al.,

    Respondents.              ORDER

_____/

        On August 1, 2005, the undersigned issued findings and recommendation recommending that respondents' motion to dismiss this action as untimely be granted. On September 28, 2005, the assigned district judge issued an order adopting those findings and recommendations and dismissing the action as untimely. This case was closed on that same date. Petitioner filed a notice of appeal. On November 10, 2005, the assigned district judge issued a certificate of appealability and the appeal was processed.

        On December 30, 2005, petitioner filed with this court a motion requesting the appointment of counsel. Petitioner should present his request for appointment of counsel to the United States Court of Appeals for the Ninth Circuit. Petitioner has also requested that the Clerk of the District Court forward certain records to the Court of Appeals and that he be provided an excerpt of the record. On November 15, 2005, the case file was forwarded to the Court of

Appeals. As for the excerpt of the record, petitioner is advised that pursuant to Circuit Rule 30-1.2, "Appellants and appellees proceedings without counsel need not file the excerpts, supplemental excerpts and further excerpts of record described in this section."

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's December 30, 2005 motion for the appointment of counsel is denied;

2. Petitioner's December 30, 2005 request for documents and request for an excerpt of the record is denied.

DATED: February 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will2428.app