IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS EVERETT WILLIAMS,

    Petitioner,               No. CIV S-04-2428 MCE DAD P

    vs.

MARK SHEPERD, et al.,

    Respondents.          <u>ORDER</u>

_____/

        This petition for writ of habeas corpus was dismissed on September 28, 2005. On April 17, 2006, petitioner filed a request for the appointment of counsel. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: April 20, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will2428.158